**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Dorothy Lever, | No. CV-14-08163-PCT-SRB |
| Plaintiff, | |
| vs. | **ORDER RE: DEFENDANT'S MOTION FOR ATTORNEYS' FEES** |
| Overtyme Inc. dba Hatch Toyota, | |
| Defendant. | |

The Court having considered Defendant's Motion for Attorneys' Fees, and for good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1.    The Motion is granted;

2.    Defendant's attorneys' fees in the amount of $1,950.00 is granted.

4855074v1(63610.5)